UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELISSA E. EVANS,

                Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

CIVIL ACTION NO. 25 Civ. 7346 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Standing Order staying certain civil cases pending the restoration of Department of Justice funding (Dkt. No. 11) and the government shutdown having ended as of November 12, 2025, the stay in this case is LIFTED. Accordingly, the parties are directed to adhere to the following deadlines:

- Commissioner shall file the certified administrative record by **January 27, 2026**;
- Plaintiff shall file her motion for judgment on the pleadings (the "Motion") by **February 26, 2026**;
- Commissioner shall respond to the Motion by **March 30, 2026**;
- Plaintiff shall file her reply in further support of the Motion by **April 13, 2026**.

Dated:    New York, New York
            November 18, 2025        SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge