**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

MELISSA E. E.,

Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

-------------------------------------------------------------------X

25 **CIVIL** 7346 (GRJ)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated September 11, 2026, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 14) is GRANTED and this case is remanded for further administrative proceedings consistent with the Decision and Order; accordingly, the case is closed.

**Dated:** New York, New York
September 14, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**